IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL CARDON,

    Plaintiff,

v.                                          No.  CIV 06–420 WJ/KBM

GLOBAL ENTERPRISE IN
OUTSOURCING, INC., *et al.*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition *(Doc. 112)* on May 6, 2009 recommending that Defendants' motion for sanctions *(Doc. 73)* be granted in part.  The proposed findings notify the parties of their right to file objections and that failure to do so waives appellate review.  To-date, no objections have been filed.

    Wherefore,

    IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 112)* is **adopted**.  Defendants' Motion to Dismiss *(Doc. 73)* is **granted in part by excluding the testimony of Dr. Hill at trial. In all other respects, the motion is denied.**

                                                               _____
                                                                UNITED STATES DISTRICT JUDGE